MICHELE FLOYD (STATE BAR NO. 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300
Email: mfloyd@ktslaw.com

*Attorney for Defendant AT&T Inc.*

JASON M. INGBER
INGBER LAW GROUP
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
T:310-270-0089
E-mail: ji@jasoningber.com

*Attorney for Plaintiff Benjamin Roth*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ROTH**, individually, and on behalf of other members of the general public similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AT & T INC.**, a California stock corporation; and DOES 1 through 100, inclusive,<br><br>*Defendant*. | Case No. 2:25-cv-00343-MWC-RAO<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES, INCLUDING AT&T'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed:  August 19, 2024<br>Complaint Served:  December 12, 2024 |

Plaintiff Benjamin Roth and Defendant AT&T Inc. ("AT&T")[1] hereby submit this Joint Notice of Settlement and Motion to Stay Deadlines, Including AT&T's Deadline to Answer or Otherwise Respond to the Complaint (the "Motion"), in accordance with Civil L.R. 16-15.7. The

---

[1] AT&T Inc. is a holding company that is organized under the laws of the State of Delaware, with its principal place of business in Texas. AT&T does not consent to jurisdiction in the State of California and expressly reserves the right to move to dismiss this action for lack of personal jurisdiction.

- 1 -
JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

parties hereby notify the Court that they have reached a settlement of this action, and they are currently memorializing the terms of settlement in a final settlement agreement. Accordingly, the parties request that all deadlines in this action, including AT&T's deadline to answer or otherwise respond to the Complaint, be stayed pending finalization of the settlement agreement and corresponding dismissal of this action.

WHEREFORE, Plaintiff and AT&T respectfully request that this Court grant the Motion and stay all deadlines in this action, including AT&T's deadline to answer or otherwise respond to the Complaint, pending finalization of the settlement agreement and corresponding dismissal of this action.

DATED:  January 21, 2025    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Michele Floyd*
　　　MICHELE FLOYD

*Attorney for Defendant AT&T Inc.*

DATED:  January 21, 2025    Respectfully submitted,

INGBER LAW GROUP

By: */s/ Jason M. Ingber*
　　　JASON M. INGBER

*Attorney for Plaintiff Benjamin Roth*

**LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

In accordance with Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Michele Floyd*
      MICHELE FLOYD

*Attorney for Defendant AT&T Inc.*

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, CA 94111.

On the date set forth below, I served the foregoing document entitled **JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES, INCLUDING AT&T DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** on the interested parties in this action, as follows:

| | |
|---|---|
| Jason M. Ingber<br>Ingber Law Group<br>3580 Wilshire Blvd., Suite 1260<br>Los Angeles, California 90010<br>T:310-270-0089<br>E-mail: ji@jasoningber.com<br><br>*Counsel for Plaintiff*<br>**BENJAMIN ROTH** | |

☒ [By E-Mail] I caused said document to be sent by electronic transmission to the e-mail addresses indicated for the parties listed above.

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the foregoing document at my place of business, by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service where they would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ [By Hand] I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 21, 2025, at San Francisco, California.

Abby Ako-Nai