UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ROTH**, individually, and on behalf of other members of the general public similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>**AT & T INC.**, a California stock corporation; and DOES 1 through 100, inclusive,<br><br>    *Defendant*. | Case No. 2:25-cv-00343-MWC-RAO<br><br>**ORDER GRANTING JOINT MOTION TO STAY DEADLINES PENDING FINALIZATION OF SETTLEMENT AGREEMENT (DKT. 9)** |

    Having considered Plaintiff Benjamin Roth and Defendant AT&T Inc. ("AT&T")'s Joint Notice of Settlement and Motion to Stay Deadlines, Including AT&T's Deadline to Answer or Otherwise Respond to the Complaint (the "Motion"), and for good cause shown, the Court hereby orders that all deadlines in this action, including AT&T's deadline to answer or otherwise respond to the Complaint, are stayed pending finalization of the settlement agreement and corresponding dismissal of this action.

///

///

- 1 -

The parties are ordered to provide the Court with a status report on settlement if this action is not dismissed within 30 days from this Order.

**IT IS SO ORDERED.**

Dated: January 22, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE