Jason M. Ingber (SBN 318323)
Ingber Law Group
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
Tel: (213) 805-8373
E-mail: ji@jasoningber.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Benjamin Roth, individually, and on behalf of other members of the general public similarly situated

Plaintiff(s),

v.

AT and T Inc., a California stock corporation and Does 1 through 100, inclusive,

Defendant(s).

CASE NUMBER

2:25-cv-00343-MWC-RAO

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 21, 2025
Date

*Jason Ingber*
Signature of Attorney/Party

**NOTE:** ***F.R.Civ.P. 41(a):*** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

***F.R.Civ.P. 41(c):*** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.